|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA | |
| DANIEL KEEN JR.,<br><br>                Petitioner,<br><br>   v.<br><br>RON HAYNES,<br><br>                Respondent. | CASE NO. 3:19-cv-05826-RBL-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: DECEMBER 27, 2019 |

The District Court has referred this action filed under 28 U.S.C. § 2254 to United States Magistrate Judge J. Richard Creatura. On September 5, 2019, petitioner, proceeding *pro se*, filed his proposed habeas corpus petition. Dkt. 1. Petitioner did not file an application to proceed *in forma pauperis* ("IFP") or pay the filing fee. Dkt. 1; Dkt. 2. On the same day, the Clerk's Office issued a notice of deficiency and instructed petitioner to pay the filing fee or file the proper IFP form and provided petitioner with the correct IFP form. Dkt. 2; Dkt. 2-1. Petitioner failed to respond to the Clerk's notice. *See* Dkt.

1   On October 23, 2019, the Court ordered petitioner to submit the proper IFP form or pay the filing fee by November 22, 2019. Dkt. 3. The Court warned petitioner that failure to comply with the Court's order would result in a recommendation that this case be dismissed. Dkt. 3.

Petitioner has failed to comply with the Court's order. He has not filed a proper IFP form or paid the filing fee. Accordingly, the Court recommends that this case be dismissed without prejudice. Petitioner is not entitled to a certificate of appealability with respect to this petition and recommends petitioner should not proceed *in forma pauperis* on appeal. *See* 28 U.S.C. § 2253(c)(2) ("A certificate of appealability may issue . . . only if the [petitioner] has made a substantial showing of the denial of a constitutional right.")

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on December 27, 2019 as noted in the caption.

Dated this 3rd day of December, 2019.

J. Richard Creatura
United States Magistrate Judge