UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL KEEN JR.,

    Petitioner,

v.

RON HAYNES,

    Respondent.

CASE NO. 3:19-CV-05826-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     The petition dismissed without prejudice.

(3)     Petitioner is not entitled to a certificate of appealability with respect to this petition and petitioner should not proceed *in forma pauperis* on appeal.

**DATED** this 6th day of January, 2019.

Ronald B. Leighton
United States District Judge